A CERTIFIED TRUE COPY

ATTEST

By Tarrell L. Littleton on Jul 07, 2010

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**Jun 21, 2010**

FILED
CLERK'S OFFICE

**UNITED STATES JUDICIAL PANEL**
**on**
**MULTIDISTRICT LITIGATION**

IN RE: YASMIN AND YAZ (DROSPIRENONE)
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

MDL No. 2100

(SEE ATTACHED SCHEDULE)

# FILED

JUL - 7 2010

**CONDITIONAL TRANSFER ORDER (CTO-27)**

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

On October 1, 2009, the Panel transferred 32 civil actions to the United States District Court for the Southern District of Illinois for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 655 F.Supp.2d 1343 (J.P.M.L. 2009). Since that time, 470 additional actions have been transferred to the Southern District of Illinois. With the consent of that court, all such actions have been assigned to the Honorable David R. Herndon.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Southern District of Illinois and assigned to Judge Herndon.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Southern District of Illinois for the reasons stated in the order of October 1, 2009, and, with the consent of that court, assigned to the Honorable David R. Herndon.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of Illinois. The transmittal of this order to said Clerk shall be stayed 14 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 14-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Jul 07, 2010

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

SOUTHERN DISTRICT OF ILLINOIS
CERTIFIED TRUE COPY

By _____
Deputy Clerk

Date ___7/7/10___

IN RE: YASMIN AND YAZ (DROSPIRENONE)
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION                    MDL No. 2100


### SCHEDULE CTO-27 - TAG-ALONG ACTIONS


<u>DIST.</u> <u>DIV.</u> <u>C.A. #</u>        <u>CASE CAPTION</u>

CALIFORNIA NORTHERN
CAN 3  10-2295        Debra Jones v. McKesson Corp., et al.  *10-20341-DRH-PMF*
CAN 3  10-2296        Judith Boyce v. McKesson Corp., et al.  *10-20342-DRH-PMF*
CAN 3  10-2298        Erin Fischer v. McKesson Corp., et al.  *10-20343-DRH-PMF*
CAN 3  10-2299        Vanessa Pigman v. McKesson Corp., et al. *10-20344-DRH-PMF*
CAN 3  10-2300        Elizabeth Fitzgerald v. McKesson Corp., et al. *10-20345-DRH-PMF*
CAN 4  10-2036        Kristy Cardinal v. McKesson Corp., et al. *10-20346-DRH-PMF*
CAN 4  10-2297        Luz Hines v. McKesson Corp., et al.  *10-20347-DRH-PMF*

NEW YORK EASTERN
NYE 1  10-546         Amanda Patenaude v. Bayer Corp., et al. *10-20348-DRH-PMF*
NYE 1  10-547         Wendell Koehn, etc. v. Bayer Corp., et al. *10-20349-DRH-PMF*
NYE 1  10-608         Crystal Kropf, et al. v. Bayer Corp., et al. *10-20350-DRH-PMF*
NYE 1  10-609         Rene Pickett v. Bayer Corp., et al.  *10-20351-DRH-PMF*
NYE 1  10-611         Jennifer Major, et al. v. Bayer Corp., et al. *10-20352-DRH-PMF*

NEW YORK SOUTHERN
NYS 7  10-4280        Alishia Dianne Seagraves v. Bayer Corp., et al. *10-20353-DRH-PMF*

PENNSYLVANIA EASTERN
PAE 2  10-2132        Naomi F. Williams, et al. v. Bayer Corp., et al. *10-20354-DRH-PMF*
PAE 2  10-2135        Eve M. Capano v. Bayer Corp., et al.  *10-20355-DRH-PMF*

WASHINGTON WESTERN
WAW 2  10-842         Michelle Anderson v. Bayer Corp., et al. *10-20356-DRH-PMF*