UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | )  )  3:09-md-02100-DRH )  )  MDL No. 2100 ) |

**This Document Relates To:**

| | |
|---|---|
| *Judith Boyce v. McKesson Corporation, et al.* | No. 10-cv-20342-DRH |
| *Susan Byham v. Bayer Corporation, et al.* | No. 11-cv-11794-DRH |
| *Sheila Cline v. McKesson Corporation, et al.* | No. 10-cv-20309-DRH |
| *Henry Guignet v. Bayer Corporation, et al.* | No. 10-cv-20452-DRH |
| *Racheal Hummel v. Bayer Corporation, et al.* | No. 10-cv-12837-DRH |
| *Meghan Muriset v. Bayer Corporation, et al.* | No. 09-cv-20139-DRH |
| *Marilyn Smith v. McKesson Corporation, et al.* | No. 10-cv-11569-DRH |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**  These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on March 6, 2015, the above captioned cases are **DISMISSED** with prejudice.  Each party shall bear their own costs.

JUSTINE FLANAGAN,
ACTING CLERK OF COURT

BY:  /s/*Caitlin Fischer*
       **Deputy Clerk**

Digitally signed by David R. Herndon
Date: 2015.03.09 12:39:15 -05'00'

APPROVED:
DISTRICT JUDGE
U. S. DISTRICT COURT